UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RODRICK SMITH, JR.,

Plaintiff,

v.

ANDREW HOUGHTON, et al.,

Defendants.
_____________________________/

Case No. 2:25-cv-153

HON. JANE M. BECKERING

**ORDER**

This is a civil rights action brought by a former state prisoner under 42 U.S.C. § 1983. Defendants filed a Motion for Summary Judgment (ECF No. 22). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 14, 2026 (ECF No. 31), recommending that this Court grant the motion to the extent it requests dismissal as a sanction and dismiss this entire action with prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 31) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 22) is GRANTED to the extent it requests dismissal as a sanction for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: October 6, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge